IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS W. DAVIS,

                Plaintiff,

    v.

UNITED STATES OF AMERICA,

                Defendant.

ORDER AND JUDGMENT

11-cv-651-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Counterclaim Plaintiff,

    v.

THOMAS DAVIS,

                Counterclaim Defendant.

and

BRUCE T. DAVIS,

                Counterclaim Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Counterclaim defendant Bruce T. Davis, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 31, 2012, and counsel for

1

counterclaim plaintiff United States of America having requested judgment against the defaulted counterclaim defendant and having filed a proper motion and declaration in accordance with Federal Rules of Civil Procedure 55(a) and (b);

Judgement is hereby entered in favor of counterclaim plaintiff United States of America and against counterclaim defendant Bruce T. Davis for the trust fund recovery penalties assessed against Bruce T. Davis, pursuant to 26 U.S.C. § 6672, as a responsible person of Advantage Composites, LLC., for the fourth quarter of 2007, the first quarter of 2008 and the second quarter of 2008.

Judgment is entered against Bruce T. Davis for $67,444.18, plus interest and statutory additions according to law from February 1, 2012, until the judgment is paid.

IT IS FURTHER ORDERED that the United States recover its costs of this action.

Entered this ___22e___ day of February, 2012.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge

Date: 2/23/12

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court

2