IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS W. DAVIS,

    Plaintiff and
    Counterclaim Defendant,

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-651-bbc

v.

UNITED STATES OF AMERICA,

    Defendant and
    Counterclaim Plaintiff.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that summary judgment is granted in favor of defendant declaring that plaintiff Thomas W. Davis is indebted to the United States in the amount of $66,532.78 plus interest and statutory additions accruing according to law from the date of assessment.

_Peter Oppeneer_      1-29-13

Peter Oppeneer, Clerk of Court      Date